[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1542

JAMES MACFARLANE,

Plaintiff, Appellant,

v.

PETER SMITH, ET AL.,

Defendants, Appellees.


APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Shane Devine, Senior U.S. District Judge] 



Before

Selya, Circuit Judge, 
Campbell, Senior Circuit Judge, 
and Lynch, Circuit Judge. 



James MacFarlane on brief pro se. 
Philip T. McLaughlin, Attorney General, and Daniel J. Mullen, 
Senior Assistant Attorney General, Civil Bureau, on brief for appellee
Peter Smith.
Cynthia L. Fallon and Law Office of Rodney L. Stark, P.A. on 
brief for appellee Jack P. Crisp, Jr.
Diane M. Gorrow and Soule, Leslie, Kidder, Zelin, Sayward & 
Loughman on brief for appellee Beryl Rich. 



November 10, 1997


Per Curiam. James MacFarlane appeals from the 

dismissal of his complaint under Fed. R. Civ. P. 12(b)(6) for

failure to state a claim upon which relief may be granted.

Having carefully reviewed the record, "it clearly appears

that, on the facts alleged, the plaintiff cannot recover on

any viable theory." Wagner v. Devine, 122 F.3d 53, 55 (1st 

Cir. 1997). We affirm the dismissal of MacFarlane's 

complaint essentially for the reasons stated in the district

court's Orders dated November 27, 1996 and March 27, 1997. 

-2-